**Donald ADDISON, Plaintiff–Appellant,**

v.

**L.T. ELMORE, Classification; Sergeant Geraghty, Classification; David P. Curro, Parole Officer, Defendants–Appellees.**

**No. 01–7163.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 3, 2001.

Decided Oct. 15, 2001.

Donald Addison, pro se.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Donald Addison seeks to appeal the district court's order dismissing his civil action. We dismiss the appeal for lack of jurisdiction because Addison's notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on April 18, 2001. Addison's notice of appeal was filed on July 16, 2001.* Because Addison failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* For the purpose of this appeal we assume that the date appearing on the notice of appeal is the earliest date it could have been given to prison officials for mailing. *See* Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).